# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

_____Theodore Tobias_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_____United States Postal Service_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes  ☒ No

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2022 JAN 27  PM 1:27

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Theodore Tobias
   Street Address: 826 Willard St. Apt 212
   City and County: Quincy
   State and Zip Code: MA. 02169
   Telephone Number: 860-996-2617
   E-mail Address: getsed291@gmail.com

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
  Name: United States Post Office Service
  Job or Title (if known):
  Street Address: 475 L. Enfant Plaza SW
  City and County: Washington
  State and Zip Code: DC
  Telephone Number: [redacted]
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Theodore Tobias, is a citizen of the State of *(name)* MA.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, (name) **United States Postal Service**, is incorporated under the laws of the State of (name) **DC**, and has its principal place of business in the State of (name) **DC**.
Or is incorporated under the laws of (foreign nation) **DC**,
and has its principal place of business in (name) **USA**.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain):
$50,000 for amount of Insurance I was overcharged
$99,000 for intentionally breaching contract and
$50,000.00 for delivering package to the wrong address.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I sent a package/Invention (Insured) to Massachusetts, the Post Office delivered it to Connecticut to the wrong address and they told me I had to appeal it within 60 days but I was incarcerated and in jail they do not have online services, they overcharged me and the post office is liable.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Punitive Damages: $50,000.00, $99,000.00 $50,000.00 It was insured package and the Post Office Delivered my package to the wrong address and the Post Office will not pay me AND I HAVE A LETTER From the Postmaster.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/27/22

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Theodore Tobias

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Cover Letter

There is a job description: "a black woman who works behind technology," who calls clerks, that is she obstructed my case in New Bedford MA. (District Court), therefore if anyone calls you to stop my claim please contact:
United States Capitol
Investigations Division
Special Agent Andricko
119 D. St. NE
Washington D.C. 20510
Phone: 202-224-1495


Theodore Tobias    Date: 1/27/22
826 Willard St. Apt 202
Quincy Ma. 02169

DISTRICT OF MASSACHUSETTS
Boston,

THEODORE TOBIAS
        Plaintiff

v.

United States Post Office
        Defendant

COMPLAINT

Statement of Facts

1. On 1/27/17 I Theodore Tobias (hereinafter "plaintiff") mailed a package: Invention Prototype and WP-T-328 to: Thea Melluzzo 4308 Avalon Dr., Randolph MA. 02368, See U.S. Department of Justice To: Attached 1

2. On 1/19/2018 a year later, United States Post Office (hereinafter "defendant") delivered plaintiffs package to the wrong address, See USPS Tracking Attached 2. *Defendant mailed package to: In/At Mailbox, Windsor CT 06095.

3. Plaintiff was told by defendant that you have to file online within 60 days. Plaintiff was incarcerated and they do not have online services to file a claim.

1.

4. On 1/18/18 defendant, at 245 Broad St Windsor CT 06095 gave me a letter (in part) the maximum payout is $5,000.00 (five thousand dollars), See Barbara L. Holder Postmaster Attached 3.

5. On 1/18/2018 I wrote United States Postal Inspection Service and received no response, See Certified Mail Receipt and United States Postal Letter Attached 4

6. On plaintiffs U.S. Department of Justice document it states verbatim: I understand that if I insure the property, the USPS will only indemnify the ACTUAL value of the property up to the amount of insurance purchased, See Request Attached 1.

Defendant "intentionally" knew or "should have known" plaintiff could not appeal in 60 days due to plaintiff was incarcerated, defendant refuse's to indemnify plaintiff and violated contract - which is a breach of contract and delivered package to the wrong address, defendant is liable and negligent.

2.

Requested Relief: **Punitive Damages**
$50,000.00 for amount of insurance purchased, — U.S. Department of Justice overcharged me.
$99,000.00 for Breach of contract.
$50,000.00 for delivering package to the wrong address, defendant is liable.
• For my Invention (Prototype) and WP-T-328 — I want $50,000.00, *It took the defendant one year to deliver plaintiff's package, See 1 and 2.*

~~Theodore Tobias jr~~
Theodore Tobias
826 Willard St. Apt 212
Quincy MA. 02169
Phone: 860-996-2617
E-mail: getsed291@gmail.com

Dated: 1/27/22

3.

Exhibit 1

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST TO MAIL INMATE PACKAGE**

### REQUEST

| Name of Inmate | Register No. | Institution |
|---|---|---|
| Theodore Tobias | 13190-014 | USP Atlanta |

| Item(s) | Value |
|---|---|
| Invention (Prototype) and WP T-328 | 500,000,000 |

I am requesting that the above items be sent from the Institution to the address specified. The item(s) are my personal property. Total value is as shown above. I understand that if I insure the property, the USPS will only indemnify the ACTUAL value of the property up to the amount of insurance purchased. I will provide sufficient postage stamps to cover the cost of mailing and all services requested. I have completed the mailing label, below.

Insure? YES NO   Certify? YES NO   Register? YES NO   Return Receipt? YES NO

Inmate Signature: _____   Date: 1/17

### APPROVAL

The above inmate is authorized to ship the item(s) shown.

Signature of Authorized Staff: _____   Date: 1/17

### PROCESSING

Property indicated above was packed and sealed in the inmates presence.

Signature of Authorized Staff: _____   Date: 1/17

Property indicated above was received and mailed on the date indicated. The following services were provided as requested above: (circle as appropriate)

INSURED    CERTIFIED    REGISTERED-Number assigned _____

RETURN RECEIPT REQUESTED - YES   NO    Total Stamps Provided = $ _____

Mail Officer signature: _____   Date

After mailing send copies of this form to: Original Mail Room, Copy - Inmate, R&D, Central File

USP LVN    PRINTED ON RECYCLED PAPER    BP-329(58) February 1984

---

FROM:
Name: _____
Box or Street Address: _____
City, State and ZIP Code: _____

I Theodore A. Tobias jr do certify that the foregoing is only Copy of the Original Document issued by the Department of Justice

Theodore A. Tobias jr.

TO: Thea Melluzzo
4308 Avalon Dr.
Randolph MA 02368

Postage/Stamps Here

Subscribed and Sworn to before me, a Notary Public in and for the County of Hartford and State of Connecticut, this 18th day of January 2018

Donna S. Higgins
Notary Public

DONNA S. HIGGINS
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2019

Exibit 2

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 9114999944314163143113

Remove ✕

Expected Delivery on

**FRIDAY**
**19** JANUARY 2018 ⓘ by 8:00pm ⓘ

## ✓ Delivered

January 19, 2018 at 2:30 pm
Delivered, In/At Mailbox
WINDSOR, CT 06095

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

Can't find what you're looking for?
Go to our FAQs section to find answers to your tracking questions.

Exibit 3

Exibit 3

USPS TRACKING # & CUSTOMER RECEIPT    9114 9999 4431 4163 1431 13
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

Mr. Tobias FYI....                                          January 18, 2018

Per our conversation this morning, I have printed out the specifications for insurance coverage for the United States Postal Service the maximum payout is $5000.00 (five thousand dollars)

Taken the United States Postal Service Domestic Mail Manual (DMM)

4.3.1 Description

[10-2-17] Insured mail is subject to the basic standards in 1.0; see 1.4 for eligibility. The following additional standards apply to insured mail:

a. Insured mail purchased at a retail Post Office location, online through Click-N-Ship, a USPS-approved provider of PC Postage products or customer-generated integrated barcodes provides up to $5,000.00 indemnity coverage for articles that are lost, damaged or have missing contents. In order to be eligible for insurance indemnity, a mail piece must have received at least one USPS processing scan or the customer must provide proof of insurance (see 609.3.1). Customers are encouraged to deposit insured mail pieces with a USPS retail associate.

b. Bulk insurance prices are available for insured articles entered by authorized mailers who meet the criteria in 4.4. This service is not available for insurance purchased online.

c. Insured mail provides the mailer with a mailing receipt. No record of insured mail is kept at the office of mailing; however, the USPS maintains insured mail delivery records for a period of time. An item insured for $500.00 or less receives a delivery scan. An item insured for more than $500.00 receives a delivery scan (includes returns products meeting the applicable standards in 505) and the USPS obtains and provides the recipient's signature as the delivery record to the mailer electronically (excludes returns products). Customers may optionally obtain a delivery record by purchasing a hardcopy return receipt (Form 3811; also see 6.0 excludes returns products). Customers may direct delivery of mail insured for more than $500.00 only to the addressee (or addressee's authorized agent) using Insurance Restricted Delivery (4.5).

d. Postal insurance may be purchased at only one source for each mail piece; combining postal insurance from multiple sources is not permitted.

e. First-Class Mail, First-Class Package Service — Retail, First-Class Package Service — Commercial, and Priority Mail may be insured, if it contains matter that is eligible to be mailed at USPS Marketing Mail, USPS Retail Ground, or Package Services prices.

f. For insured mail, the mailer guarantees to pay the applicable return and forwarding postage, unless the mailer writes instructions on the wrapper or envelope not to forward or return the mail.

*Barbara A. Holder*

Barbara L. Holder Postmaster
245 Broad Street
Windsor, CT. 06095-9998

Enclosure(s)

Copy of Revenue Quick Tip Sheet with insurance information highlighted

Help

## Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

Home   Search   Reports   Manual Entry   Rates/Commitments   PTR / EDW   USPS Corporate Accounts

October 08, 2019

**USPS Tracking Intranet**
**Delivery Signature and Address**

Tracking Number: 7015 1520 0002 2793 2976

This item was delivered on 10/01/2019 at 10:27:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 20.1.1.0.6

Exibit 4

UNITED STATES POSTAL INSPECTION SERVICE
CRIMINAL INVESTIGATIONS SERVICE CENTER
433 W. HARRISON STREET, ROOM 3255
CHICAGO, IL 60699-3255

S SUBURBAN
IL 604
04 JAN '18
PM 1 L



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

POSTAL CUSTOMER
79 BERRIOS HILL RD
WINDSOR CT 06095

8165 KXR

060958100C C094

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CHICAGO, IL 60699

Certified Mail Fee   $3.35                           0195
$                                                    02
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00           Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage
$   $1.40
Total Postage and Fees               01/18/2018
$   $9.80   Postal Inspectors
Sent To Criminal Investigations Service Center
Street and Apt. No., or PO Box No.
433 W. Harrison St, Rm 3255
City, State, ZIP+4®
Chicago, IL 60699-3255

7017 1450 0002 0443 5438

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CHICAGO, IL 60699

Certified Mail Fee   $3.35                           0195
$                                                    02
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00           Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage
$   $1.19
Total Postage and Fees               01/18/2018
$   $4.54   Postal Inspectors
Sent To Criminal Investigations Service Center
Attn: Identity Theft/Mail Fraud
Street and Apt. No., or PO Box No.
433 W. Harrison St, Rm 3255
City, State, ZIP+4®
Chicago, IL 60699-3255

7017 1450 0002 0443 5445